Christopher Springer (291180)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
cspringer@kellerrohrback.com

Lynn Lincoln Sarko, *pro hac vice forthcoming*
Gretchen Freeman Cappio, *pro hac vice forthcoming*
Cari Campen Laufenberg, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com

***Attorneys for Plaintiff***
***Additional Attorneys Listed on Signature Page***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUZIE HASLINGER, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA LLC, and DOES 1-100,<br><br>         Defendants. | No. 3:18-cv-01984-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Suzie Haslinger hereby voluntary dismisses her claims in the above-captioned action without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

DATED this 7th day of October, 2019.

KELLER ROHRBACK L.L.P.

By:     */s/ Cari Campen Laufenberg*

Lynn Lincoln Sarko, *pro hac vice forthcoming*
Gretchen Freeman Cappio, *pro hac vice forthcoming*
Cari Campen Laufenberg, *pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher Springer (291180)
cspringer@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

***Attorneys for Plaintiff***